# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 4:13-CR-005** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **FRED MERLIN HAGENBUCH** | : | |

## ORDER

AND NOW, this 12th day of May, 2014, after review of Defendant's Petition for Furlough (Doc. 30), and noting the concurrence of the United States Attorney, it is hereby ORDERED and Directed:

1. Defendant shall be furloughed from his four (4) month sentence of incarceration from FCI-Oxford effective immediately;

2. Defendant shall be responsible for his own transportation to and from FCI - Oxford; and

3. Defendant is directed to return to FCI-Oxford on Wednesday, May 21, 2014, by 2:00 p.m. to serve the balance of his sentence.

During this period of furlough, Defendant shall be subject to all terms and conditions of supervised release.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner, Chief Judge
                                                United States District Court
                                                Middle District of Pennsylvania